UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
2021 APR 28 P 1:39
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 245(b)(2)(B) |
| | ) Interference with Rights |
| TRAVIS MCMICHAEL, | ) |
| | ) 18 U.S.C. § 1201(a)(1) and (d) |
| GREGORY MCMICHAEL, and | ) Attempted Kidnapping |
| | ) |
| WILLIAM "RODDIE" BRYAN | ) 18 U.S.C. § 924(c) |
| | ) Use of a Firearm During |
| | ) a Crime of Violence |

CR221-022

## PENALTY CERTIFICATION

The undersigned attorneys hereby certify that the maximum penalties for the offenses described in the Indictment are as follows:

**Counts 1 and 2:   Interference with Rights**
18 U.S.C. § 245(b)(2)(B)

- Up to life imprisonment;
- Not more than a $250,000 fine;
- Not less than five (5) years of supervised release;
- $100 special assessment; and
- Mandatory restitution under 18 U.S.C. § 3663A.

**Count 3:   Attempted Kidnapping**
18 U.S.C. § 1201(a)(1) and (d)

- Up to 20 years imprisonment;
- Not more than a $250,000 fine;
- Not less than five (5) years of supervised release;
- $100 special assessment; and
- Mandatory restitution under 18 U.S.C. § 3663A.

**Count 4:** **Using, Carrying, Brandishing, and Discharging a Firearm**
18 U.S.C. § 924(c)(1)(A)

- Not less than ten (10) years of imprisonment, consecutive to any other sentence imposed in the case;
- Up to life imprisonment;
- Not more than a $250,000 fine;
- Not less than five (5) years of supervised release;
- $100 special assessment; and
- Mandatory restitution under 18 U.S.C. § 3663A.

**Count 5:** **Using, Carrying, and Brandishing a Firearm**
18 U.S.C. § 924(c)(1)(A)

- Not less than seven (7) years of imprisonment, consecutive to any other sentence imposed in the case;
- Up to life imprisonment;
- Not more than a $250,000 fine;
- Not less than five (5) years of supervised release;
- $100 special assessment; and
- Mandatory restitution under 18 U.S.C. § 3663A.

Respectfully submitted,

PAMELA S. KARLAN
Principal Deputy Asst. Attorney General

DAVID H. ESTES
Acting United States Attorney

*s/Christopher J. Perras*
Christopher J. Perras
Special Litigation Counsel
Criminal Section, Civil Rights Division
United States Department of Justice

*s/Tara M. Lyons*
Tara M. Lyons
Assistant United States Attorney
United States Attorney's Office
Southern District of Georgia

*s/Barbara (Bobbi) Bernstein*
Barbara (Bobbi) Bernstein
Deputy Chief
Criminal Section, Civil Rights Division
United States Department of Justice