UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| TRAVIS MCMICHAEL, | ) |
| GREGORY MCMICHAEL, and | )   CASE NO.: 2:21-cr-022 |
| WILLIAM "RODDIE" BRYAN | ) |

**GOVERNMENT'S MOTION FOR A WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

NOW COMES the United States of America, by and through David H. Estes, Acting United States Attorney for the Southern District of Georgia, Pamela S. Karlan, Principal Deputy Assistant Attorney General for Civil Rights, and the undersigned attorneys, and moves as follows:

Defendants TRAVIS MCMICHAEL, GREGORY MCMICHAEL, and WILLIAM "RODDIE" BRYAN are currently in the custody of the Glynn County Sheriff, at the Glynn County Detention Center, in Brunswick, Georgia, having been detained pending trial without bond in *State of Georgia v. McMichael et al.*, Case No. CR-2000433 (Glynn Cnty. Sup. Ct.).

Your petitioner avers that a criminal proceeding is now pending in the United States District Court for the Southern District of Georgia, Brunswick Division, charging the Defendants with violations of Title 18, United States Code, Sections 245(b)(2)(B), 1201 (a)(1) and (d), and 924(c), which action will be called for initial

appearance before this Honorable Court on May 11, 2021, at 1:30 p.m., at the United States District Court for the Southern District of Georgia in Brunswick, Georgia.

WHEREFORE, your petitioner prays that this Honorable Court forthwith order a writ of habeas corpus ad prosequendum to issue from this Court to the United States Marshal for the Southern District of Georgia, and the Glynn County Sheriff, requiring them to produce the bodies of the said TRAVIS MCMICHAEL, GREGORY MCMICHAEL, and WILLIAM "RODDIE" BRYAN for the initial appearance before this Honorable Court on May 11, 2021, at 1:30 p.m., at the United States District Court for the Southern District of Georgia in Brunswick, Georgia; to secure the Defendants in federal custody during that hearing; and to return the Defendants to state custody immediately after the completion of that hearing.

Respectfully submitted this 30th day of April 2021.

| | |
|---|---|
| PAMELA S. KARLAN<br>Principal Deputy Asst. Attorney General | DAVID H. ESTES<br>Acting United States Attorney |
| *s/Christopher J. Perras*<br>Christopher J. Perras<br>Special Litigation Counsel<br>Criminal Section, Civil Rights Division<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Massachusetts State Bar No. 682002<br>Telephone: (202) 307-6962<br>Email: christopher.perras@usdoj.gov | *s/Tara M. Lyons*<br>Tara M. Lyons<br>Assistant United States Attorney<br>United States Attorney's Office<br>Southern District of Georgia<br>P.O. Box 2017<br>Augusta, GA 30903<br>South Carolina State Bar No. 16573<br>Telephone: (706) 826-4532<br>Email: tara.lyons@usdoj.gov |

***s/Barbara (Bobbi) Bernstein***

Barbara (Bobbi) Bernstein
Deputy Chief
Criminal Section, Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Virginia State Bar No. 38490
Telephone: (202) 353-0032
Email: bobbi.bernstein@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| TRAVIS MCMICHAEL, | ) |
| GREGORY MCMICHAEL, and | ) CASE NO.: 2:21-cr-022 |
| WILLIAM "RODDIE" BRYAN | ) |

**CERTIFICATE OF SERVICE FOR GOVERNMENT'S
MOTION FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 30th day of April 2021.

PAMELA S. KARLAN
Principal Deputy Asst. Attorney General

**s/Christopher J. Perras**
Christopher J. Perras
Special Litigation Counsel
Criminal Section, Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Massachusetts State Bar No. 682002
Telephone: (202) 307-6962
Email: christopher.perras@usdoj.gov

DAVID H. ESTES
Acting United States Attorney

**s/Tara M. Lyons**
Tara M. Lyons
Assistant United States Attorney
United States Attorney's Office
Southern District of Georgia
P.O. Box 2017
Augusta, GA 30903
South Carolina State Bar No. 16573
Telephone: (706) 826-4532
Email: tara.lyons@usdoj.gov

***s/Barbara (Bobbi) Bernstein***
Barbara (Bobbi) Bernstein
Deputy Chief
Criminal Section, Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Virginia State Bar No. 38490
Telephone: (202) 353-0032
Email: bobbi.bernstein@usdoj.gov