UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO.: 2:21-cr-022 |
| | ) |
| TRAVIS MCMICHAEL, | ) **Filed Under Seal** |
| GREGORY MCMICHAEL, and | ) |
| WILLIAM "RODDIE" BRYAN | ) |

## ORDER GRANTING GOVERNMENT'S MOTION FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States America, by and through David H. Estes, Acting United States Attorney for the Southern District of Georgia, Pamela S. Karlan, Principal Deputy Assistant Attorney General for Civil Rights, and the undersigned attorneys, has moved this Court for an order a writ of habeas corpus ad prosequendum to issue from this Court to the United States Marshal for the Southern District of Georgia, and the Glynn County Sheriff, requiring them to produce the bodies of TRAVIS MCMICHAEL, GREGORY MCMICHAEL, and WILLIAM "RODDIE" BRYAN for an initial appearance before this Honorable Court on May 11, 2021, at 1:30 p.m., at the United States District Court for the Southern District of Georgia in Brunswick, Georgia.

The Government's motion having been considered, **IT IS HEREBY GRANTED**.

**IT IS ORDERED** that the United States Marshal for the Southern District of Georgia, and the Glynn County Sheriff, shall produce the bodies of the said TRAVIS MCMICHAEL, GREGORY MCMICHAEL, and WILLIAM "RODDIE" BRYAN on or before the 11th day of May, 2021, at 1:30 p.m., at the United States District Court for

the Southern District of Georgia in Brunswick, Georgia; to secure the Defendants in federal custody during that hearing; and to return the Defendants to state custody immediately after the completion of that hearing.

SO ORDERED, this 5th day of May, 2021.

_____
HONORABLE BENJAMIN W. CHEESBRO
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA