# 𝔍𝔫 𝔱𝔥𝔢 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱
# 𝔣𝔬𝔯 𝔱𝔥𝔢 𝔖𝔬𝔲𝔱𝔥𝔢𝔯𝔫 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔊𝔢𝔬𝔯𝔤𝔦𝔞
# 𝔅𝔯𝔲𝔫𝔰𝔴𝔦𝔠𝔨 𝔇𝔦𝔳𝔦𝔰𝔦𝔬𝔫

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRAVIS McMICHAEL,<br>GREGORY McMICHAEL,<br>WILLIAM BRYAN<br><br>      Defendants. | No. 2:21-CR-22 |

## ORDER FOR JUROR QUESTIONNAIRE

INSTRUCTIONS:

    Prospective jurors are directed to complete the following questionnaire to assist the Court and counsel in selecting a jury to serve in the above-captioned case. The purpose of this questionnaire is not to ask personal questions unnecessarily. Rather, the questions are designed to help ensure that a fair and impartial jury will be selected to decide the case.

    DO NOT PUT YOUR NAME ON THIS QUESTIONNAIRE. Each questionnaire is identified by the discrete number shown on your questionnaire. The information you provide is **confidential**. The questionnaire will only be provided to counsel in the case during the jury selection process. At the appropriate time, the questionnaire and any copy of it will be destroyed.

    You are sworn to give true and complete answers to all questions. It is very important that you do not discuss the questionnaire or your answers with anyone. <u>Your answers must be your own</u>. Remember that there are no right or wrong answers, only truthful answers.

    Please print your answers and use ink. Send your completed questionnaire in the enclosed self-addressed stamped envelope. This envelope should be postmarked **NO LATER THAN FEBRUARY 5, 2022**.

2

**SO ORDERED** this 21st day of January, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA