UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO: 2:21-CR-22 |
| | ) | |
| v. | ) | |
| | ) | |
| **GREGORY MCMICHAEL** | ) | |

## GOVERNMENT'S NOTICE OF PLEA AGREEMENT

NOW COMES the United States of America, by and through David H. Estes, United States Attorney for the Southern District of Georgia, Kristen Clarke, Assistant Attorney General for the Civil Rights Division, and the undersigned attorneys, and pursuant to 18 U.S.C. § 3161(h)(1)(G), notifies the Court that a Rule 11(c)(1)(C) plea agreement has been reached by the parties which, if accepted by the Court, would dispose of the charges pending in the above-captioned case against defendant Gregory McMichael. A copy of the plea agreement has been provided to the Court for its consideration. The government respectfully requests that the Court schedule a Rule 11 proceeding and accept the defendant's plea as set forth in the proposed agreement.

Respectfully submitted this 30th day of January, 2022.

| | |
|---|---|
| KRISTEN CLARKE | DAVID H. ESTES |
| Assistant Attorney General | United States Attorney |
| | |
| *s/Christopher J. Perras* | *s/Tara M. Lyons* |
| Christopher J. Perras | Tara M. Lyons |
| Special Litigation Counsel | Assistant United States Attorney |
| Criminal Section, Civil Rights Division | United States Attorney's Office |
| United States Department of Justice | Southern District of Georgia |
| 950 Pennsylvania Avenue, NW | P.O. Box 2017 |
| Washington, DC 20530 | Augusta, GA 30903 |
| Massachusetts State Bar No. 682002 | South Carolina State Bar No. 16573 |
| Telephone: (202) 307-6962 | Telephone: (706) 826-4532 |
| Email: christopher.perras@usdoj.gov | Email: tara.lyons@usdoj.gov |

***s/Barbara (Bobbi) Bernstein***
Barbara (Bobbi) Bernstein
Deputy Chief
Criminal Section, Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Virginia State Bar No. 38490
Telephone: (202) 353-0032
Email: bobbi.bernstein@usdoj.gov

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 2:21-CR-22** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **GREGORY MCMICHAEL** | ) | |

## CERTIFICATE OF SERVICE

This is to certify that we have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

Submitted this 30th day of January, 2022.

                                                     DAVID H. ESTES
                                                   United States Attorney

                                                   ***s/Tara M. Lyons***
                                                   Tara M. Lyons
                                                   Assistant United States Attorney
                                                   South Carolina State Bar No. 16573
                                                   United States Attorney's Office
                                                   Southern District of Georgia
                                                   P.O. Box 2017
                                                   Augusta, GA 30903
                                                   Telephone: (706) 826-4532
                                                   Email: tara.lyons@usdoj.gov