# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO.  **CR221-22**

DATE  **01/31/2022**

TITLE  **USA v.  Travis McMichael et al**

TIMES  **10:01 - 10:45**

TOTAL  **44 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**

Courtroom Deputy : **Whitney Sharp**

Court Reporter : **Debra Gilbert**

Interpreter :

| Attorney for | Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|---|
| Tara Lyons | | Amy Lee Copeland | |
| Barbara Bernstein | | AJ Balbo | |
| Christopher Perras | | Pete Theodocion | |

PROCEEDINGS :  **Pretrial Conference**

☑ In Court
☐ In Chambers

**All parties and counsel present for Pretrial Conference in anticipation of trial to start on 02/07/2022.**
**Court is aware of the two notices of plea agreements filed - the Court will take up the proposed plea agreements at 2:00 and 2:45 this afternoon.**
**Court reviews trial logistics with parties. Questionnaires are being uploaded as received for counsel to review. Court reviews the categories of requests that have been excused. Court to make available any of the excuses so far by the Court upon request.**
**Trial to begin on Monday at 9:00. Each day the Court will have each days notebook of questionnaires for the parties. Sidebar questions will be held in the jury room. 25 jurors will report at the 9:00 session and 25 for the 2:00 session. Seeking 16 to be seated - 12 with 4 alternates. Defendants share 10 strikes and the Government gets 6  - each side will then get 2 strikes for the alternates. Notebooks will be given daily to the parties and then returned to the Court at the end of each date. All of the notebooks will be provided when ready to proceed with peremptory strikes. Court reviews modification made for COVID - a second jury box will be built out on the right side of the courtroom to allow the jury to be seated in the well of the courtroom and allow for COVID social distancing. Court will ask jurors to wear masks during the trial. Vaccinated trial participants do not have to  wear a mask while participating.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO.  **CR221-22**                                                    DATE  **01/31/2022**

TITLE
    **USA v.  Travis McMichael et al**

PROCEEDINGS (continued):  **Pretrial Conference**

 As to the evidentiary ruling by the Magistrate Judge- any appeal is to be made
 to Judge Wood no later than February 4th.
 The Court has proposed verdict form - which is agreed upon with exception of the
 order of choices for the Jury to make. This will be addressed during the charge conference.
 Jury charge - agreed upon with a few exceptions which will be ruled upon at the charge
 conference. Pubic line will be put up during the trial.
 As to the sealed briefings, these will be unsealed once the jury is seated. Any
 request to redact must be made by February 10, 2022.
 As to opening and closing statements - parties directed to provide anticipated time request
 for each to the Court.  Court directs each party to come prepared daily and provide more
 witnesses than thought necessary.  Every party will get direct, cross and redirect.
 The Government has identified follow up questions for jurors.
 Court reviews in more detail the silent strike process.
 One Government witness will be via video deposition - this may need additional technology.
 No objection from any of the defendants as to the video testimony.
 Redactions - the Government and Defense have agreed to redact PII of witnesses in exhibits.
 Parties have agreed on Giglio. Stipulations as to authenticity read by the Government.
 Bruton issues have been satisfied.  For video and audio exhibits during trial -
 will have captions running during the trial, but captioned version will not be sent back
 to the jury during deliberation. Rule of completeness - in process. No objection from any
 of the defendants. Parties to file Bruton statements for the Court. Exhibits will include
 firearms - these will have tag-ties and will be made inoperable.
 Nothing further from the Government or Defendants at this time.