UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. – 2:21-cr-22 |
| vs. | ) |
| GREGORY McMICHAEL, | ) |
| Defendant. | ) |

**JOINT NOTICE OF WITHDRAWAL OF PLEA AGREEMENT**

COMES NOW Defendant Gregory McMichael, by and through his counsel of record, A. J. Balbo, and the United States of America, by and through Tara M. Lyons, Assistant United States Attorney for the Southern District of Georgia, who notify the Court that the previously submitted Rule 11(c)(1)(C) plea agreement pertaining to Defendant Gregory McMichael, and subsequently rejected by the Court on January 31, 2022, is hereby withdrawn by counsel for both sides. The prior plea agreement is null and void. Counsel respectfully announce ready for trial on February 7, 2022.

Respectfully submitted this 3rd day of February, 2022.

| | |
|---|---|
| KRISTEN M. CLARKE | DAVID H. ESTES |
| Assistant Attorney General | United States Attorney |
| | |
| *s/Christopher J. Perras* | *s/Tara M. Lyons* |
| Christopher J. Perras | Tara M. Lyons |
| Special Litigation Counsel | Assistant United States Attorney |
| Criminal Section, Civil Rights Division | United States Attorney's Office |
| United States Department of Justice | Southern District of Georgia |
| 950 Pennsylvania Avenue, NW | P.O. Box 2017 |
| Washington, DC 20530 | Augusta, GA 30903 |
| Massachusetts State Bar No. 682002 | South Carolina Bar No. 16573 |
| Telephone: (202) 307-6962 | Telephone: (706) 826-4532 |
| Email: christopher.perras@usdoj.gov | Email: tara.lyons@usdoj.gov |

| | |
|---|---|
| *s/Barbara (Bobbi) Bernstein* | */s A. J. Balbo* |
| Barbara (Bobbi) Bernstein | A. J. Balbo |
| Deputy Chief | Counsel for Defendant G. McMichael |
| Criminal Section, Civil Rights Division | Balbo & Gregg, Attorneys at Law, P.C. |
| United States Department of Justice | P.O. Box 1297 |
| 950 Pennsylvania Avenue, NW | Richmond Hill, GA  31324 |
| Washington, DC 20530 | Georgia Bar No. 142606 |
| Virginia State Bar No. 38490 | Telephone: (912) 459-1776 |
| Telephone: (202) 353-0032 | Email: aj@balbogregg.com |
| Email: bobbi.bernstein@usdoj.gov | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

Respectfully submitted, this 3rd day of February, 2022.

                                                Respectfully submitted,

                                                BALBO & GREGG
                                                ATTORNEYS AT LAW, P.C.

                                                */s A. J. Balbo*
                                                A. J. Balbo, Esq.
                                                Georgia Bar No. 142606

P.O. Box 1297
Richmond Hill, GA  31324
(912) 459-1776 – Telephone
(912) 459-1777 – Facsimile
aj@balbogregg.com