The Honorable Judge Wood,

   I am the wife of Greg McMichael. We have been married for 39 years in August. I know this man better than anyone. When I met Greg, He had just began his career in law enforcement with GCPD. He was the officer who would take candy into underprivileged neighborhoods to show that the Police are not bad people. He worked hard at keeping a positive image of a policeman alive by how he related to people and especially to those he arrested. As a detective with GCPD, Greg was Involved with several well known cases in this area. He was the lead Detective in the Charles Moore Murder case where Mr. Moore came home to find an intruder in his home. Mr. Moore was shot and killed and a neighbor of Mr. Moore's shot and killed the intruder, Bruce Lee.  In investigating this case, Greg and his team found evidence that Bruce Lee, Bruce's Brother, Larry Lee and Bruce's wife, Sherry Lee were responsible for a horrific Murder during a home invasion of Clifford Jones, Sr. his wife, Nina and their 14 year old son in rural K'ville community west of Jesup. The Jones family owned Reedy Creek Restaurant. Greg also was involved in a case where a 27 year old woman was murdered on St. Simons Island by her neighbor. Greg was at the hospital with this young woman and she identified her assailant by squeezing Greg's hand when he came across the letter in the murders name by going through the alphabet. She spelled out N-E-W-L-A-N-D. The victim could not talk for her vocal cords were cut during the attack, but she mouthed BOB.  The victim, Carol Beatty, had a six year old daughter on the couch, at the time, who stays in touch with our family to this day. This is only an example of many cases Greg worked and solved. He loves people and this community and was proud of his law enforcement career. He NEVER once had a complaint against him. In 30+ years, not one complaint. One night he and his partner came across an older Black man who had driven a lawn more 10 miles down highway 341 to the store at 3am because he was hungry and wanted a snack. Greg's partner, at that time, relayed to me recently that instead of giving the guy a hard time, Greg chose to follow the guy back up 341 to make sure he arrived home safely. I have witnessed Greg's kindness many times. He would not leave a stranger stranded on the side of the road. He would buy a burger for a homeless person. He even arrested a man one time for dragging a dog behind a vehicle on St. Simons Causeway. Greg took the Dog to the vet and offered to pay for the dog's treatment. This is not a man who would chase someone and kill that person because of the color of the person's skin. Greg is a devoted and loving husband, Father and Grandfather. Greg loved his community and Country and served to protect both through his Military career and Law Enforcement career.  Although Greg has dealt with some pretty evil people, He believes that most people are good no matter of race.

The death of Ahmaud Arbery was a tragedy of epic proportions. Contrary to popular opinion, My Family cannot imagine the pain and hurt that the Arbery Family and friends must be experiencing.  I am resigned to the fact there is nothing anyone in the McMichael Family can say or do to ease their hurt, but nonetheless, I offer my deepest sympathies.

Please have Mercy on Greg. His intention in this tragedy was not to hurt anyone.

Thank You,

Leigh McMichael