# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 2:21cr22-LGW-BWC |
| V. | ) | |
| | ) | |
| GREGORY McMICHAEL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF APPEAL

Notice is hereby given that GREGORY McMICHAEL, Defendant in the above-captioned case, hereby appeals his conviction and sentence to the United States Court of Appeals for the Eleventh Circuit from the Order of Judgment entered against him on August 18, 2022.  This Notice is timely filed in accordance with Fed. R. App. P. 4(b)(1)(A).

Respectfully submitted this 21st day of August, 2022.

BALBO & GREGG
ATTORNEYS AT LAW, P.C.
Attorneys to Gregory McMichael

*/s A. J. Balbo*
A. J. Balbo, Esq.
Georgia Bar No.142606

P.O. Box 1297
Richmond Hill, GA  31324
(912) 459-1776 Telephone
(912) 459-1777 Facsimile
aj@balbogregg.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all the parties in this case in accordance with the directives of the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Respectfully submitted this 21st day of August, 2022.

> BALBO & GREGG
> ATTORNEYS AT LAW, P.C.
> Attorneys to Gregory McMichael

> _/s A. J. Balbo_
> A. J. Balbo, Esq.
> Georgia Bar No.142606

P.O. Box 1297
Richmond Hill, GA  31324
(912) 459-1776 Telephone
(912) 459-1777 Facsimile
aj@balbogregg.com

United States v. Gregory McMichael
Case No.: 2:21cr22-LGW-BWC
Notice of Appeal